686

6 So.2d 907

**John SCOTT v. STATE.**

8 Div. 149.

Court of Appeals of Alabama.

Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

6 So.2d 907

**John SCOTT v. STATE.**

8 Div. 150.

Court of Appeals of Alabama.

Feb. 17, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

5 So.2d 854

**Junior SCOTT v. STATE.**

7 Div. 645.

Court of Appeals of Alabama.

Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

1 So.2d 49

**Lemmie SELF v. STATE.**

8 Div. 103.

Court of Appeals of Alabama.

March 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State,

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 927

**Lemmie SELF v. STATE.**

8 Div. 104.

Court of Appeals of Alabama

March 18, 1941.

SIMPSON, Judge.
Affirmed.

1 So.2d 49

**T. M. SHACKELFORD v. STATE.**

6 Div. 709.

Court of Appeals of Alabama.

Jan. 14, 1941.

W. G. Black, of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., and L. L. Mooneyham, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.